# EXHIBIT A

| | |
|---|---|
| **From:** | Cole, Arlenia |
| **To:** | Cole, Arlenia |
| **Subject:** | FW: 2nd Gentle Reminder 012119 MEDIA ADVISORY-Luminary Awards Presentation |
| **Date:** | Monday, January 13, 2020 1:47:52 PM |
| **Attachments:** | 012119-Media Advisory-Strickland presents 2019 Luminary Awards .pdf |

**From:** Cole, Arlenia
**Sent:** Sunday, January 20, 2019 11:22 AM
**To:** 'andrew.ellison@wreg.com'; 'asainz@ap.org'; 'bbroders@localmemphis.com'; 'bridget.chapman@wreg.com'; 'Brittani.DuBose@coxinc.com'; 'brucev@memphisflyer.com'; 'canewsphoto@gmail.com'; 'CChandler@localmemphis.com'; 'choward@wmctv.com'; 'cluther@wmctv.com'; 'contact@choose901.com'; 'dameon.banks@coxinc.com'; 'Darrell.Greene@coxinc.com'; 'ddeitert@localmemphis.com'; 'ddetling@localmemphis.com'; 'corie.ventura@wreg.com'' <corie.ventura@wreg.com'>; 'desk@wmctv.com'; 'desotoraider@yahoo.com'; 'editorial@tsdmemphis.com'; 'Jacobson, Stacy' <Stacy.Jacobson@wreg.com>; 'ellis@memphisflyer.com'; 'Ernie.Freeman@coxinc.com'; 'gakers@bizjournals.com'; 'galecarson@mlgw.org'; 'Greg.Coy@coxinc.com'; 'greg.hurst@wreg.com'; 'GThomas@flymemphis.com'; 'info@laprensalatina.com'; 'jbaker7973@icloud.com'; 'jbirch@wmctv.com'; 'jbroach@wmctv.com'; 'Jeremy.Pierre@coxinc.com'; 'jdiprizio@localmemphis.com'; 'Jessica.gertler@wreg.com'; 'jfranseen@localmemphis.com'; 'jgordon@wmctv.com'; 'Joshua.tucker@coxinc.com'; 'jphillips@wmctv.com'; 'kajanaku@tsdmemphis.com'; 'kanthony@wmctv.com'; Rudolph, Lt. Karen <Karen.Rudolph@memphistn.gov>; 'katherine.fretland@commercialappeal.com'; 'kdowning@wmctv.com'; 'kristen.holloway@wreg.com'; 'ksimone@memphisdailynews.com'; 'KWheeler@localmemphis.com'; 'Lauren.coleman@coxinc.com'; 'lee@fluidmediagroup.com'; 'linn@filmmemphis.org'; 'lopezmontee91@gmail.com'; 'Luke.jones@wreg.com'; 'madeline@highgroundnews.com'; 'Marcus.Foster@coxinc.com'; 'mark.russell@commercialappeal.com'; 'markova.reed@wreg.com'; 'marybeth.conley@yahoo.com'; 'maya@contemporary-media.com'; 'maya@memphisflyer.com'; 'mcashiola@bizjournals.com'; 'mdonahue@memphisflyer.com'; 'Mearl.Purvis@coxinc.com'; 'melissa.moon@wreg.com'; 'memphisnewsdesk@bizjournals.com'; 'metro@commercialappeal.com'; 'michael.collins@jmg.com'; 'mmatthews@localmemphis.com'; 'news@fox13memphis.com'' <news@fox13memphis.com'>; 'news@wreg.com'; 'newsdesk@localmemphis.com'; 'NewsProducers-WATN@nexstar.tv'; 'Nicole.Johnson-Willis@coxinc.com'; 'nina.harrelson@wreg.com'; 'nlacey@matatransit.com'; 'Patrick.Pete@coxinc.com'; 'Patti.McGettigan@coxinc.com'; 'programming@wlok.com'; 'radio@wkno.org'; 'releases@memphisdailynews.com'; Keith, Richard <Richard.Keith@memphistn.gov>; 'river104@wrvr.com'; 'rransom@localmemphis.com'; 'rwilliams@localmemphis.com'; 'ryan.poe@commercialappeal.com'; 'sharon@filmmemphis.org'; 'shay.arthur@wreg.com'; 'Shelby.Sansone@coxinc.com'; 'stephanie.scurlock@wreg.com'; 'sydney.nabors@cumulus.com'; 'tclark@localmemphis.com'; 'tcoleman@wlok.com'; 'timothy.ghianni@comcast.net'; 'tneely@wmctv.com'; 'toby@memphisflyer.com'; 'Tom.Dees@coxinc.com'; 'Tony.Atkins@coxinc.com'; 'tonyaa.weathersbee@commercialappeal.com'; 'troy.washington@wreg.com'; 'Valerie.Calhoun@coxinc.com'; Cooke, Wayne <Wayne.Cooke@memphistn.gov>;

'zaneta.lowe@wreg.com'; Brownlee, Louis <Louis.Brownlee@memphistn.gov>; 'Wright, Marcey Delois' <mdwright2@tva.gov>; 'Cook, Kelli' <KelliCook@raycommedia.com>; 'bdries@dailymemphian.com'; 'news@wreg.com'; 'news@fox13memphis.com'; 'News Desk - WATN' <newsdesk@abc24.com>; 'newsdesk@localmemphis.com'; 'cbailey@dailymemphian.com'; 'tbailey@dailymemphian.com'; 'barnes@dailymemphian.com'; 'jbiggs@dailymemphian.com'; 'gcalkins@dailymemphian.com'; 'nchandler@dailymemphian.com'; 'hcofield@dailymemphian.com'; 'mcorbet@dailymemphian.com'; 'kcross@dailymemphian.com'; 'pdavis@dailymemphian.com'; 'bdries@dailymemphian.com'; 'cherrington@dailymemphian.com'; 'thollahan@dailymemphian.com'; 'jisrael@dailymemphian.com'; 'jjenkins@dailymemphian.com'; 'yjones@dailymemphian.com'; 'jjordan@dailymemphian.com'; 'plantrip@dailymemphian.com'; 'klipe@dailymemphian.com'; 'hmarion@dailymemphian.com'; 'joverstreet@dailymemphian.com'; 'eperry@dailymemphian.com'; 'wrisher@dailymemphian.com'; 'sstockard@dailymemphian.com'; 'jvarlas@dailymemphian.com'; 'dwade@dailymemphian.com'; 'jweber@dailymemphian.com'; 'hweber@dailymemphian.com'; 'oyusuf@dailymemphian.com'; 'Jamie.Munks@commercialappeal.com'; 'ryan.poe@commercialappeal.com'; 'metro@commercialappeal.com'; 'shardiman@bizjournals.com'; 'Dandridge, Lisa' <Lisa.Dandridge@WREG.com>; 'Tenika.Johnson-Willis@wreg.com'; 'Kody.Leibowitz@coxinc.com' <Kody.Leibowitz@coxinc.com>; 'andrew.ellison@wreg.com'; 'news@fox13memphis.com' <news@fox13memphis.com>; 'karen@wrvr.com' <karen@wrvr.com>; 'john.klocko@coxinc.com' <john.klocko@coxinc.com>; 'news@fox13memphis.com' <news@fox13memphis.com>
**Cc:** Springer, Daniel <Dan.Springer@memphistn.gov>
**Subject:** 2nd Gentle Reminder 012119 MEDIA ADVISORY-Luminary Awards Presentation

Good morning everyone,

### Re: 2nd Gentle Reminder

Hope everyone is having a great day. Please see the attached media advisory for tomorrow's Luminary Awards presentation.

As always, thank you for your consideration.

Best regards
Arlenia Cole, Media Affairs Manager
City of Memphis
Cell: 
Office: 901-636-6922