20-2343

Wendi C Thomas

v

City of Memphis, et al

**JOHN T. FOWLKES, JR.**

Wendi C Thomas

v

City of Memphis, et al

CHARMIANE G. CLAXTON